UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HROTHGAR INVESTMENTS, LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CHADWICK HOUSER,<br><br>    Defendant. | Case No.  15-cv-01116-JCS<br><br>**ORDER RESETTING MOTION HEARING AND REQUESTING ADDITIONAL MATERIALS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 13 |

On May 18, 2015, Plaintiff filed a Motion for Default Judgment ("Motion"), which it has noticed for hearing on June 12, 2015. Pursuant to Civ.L.R. 7-2(a), motions may be noticed for hearing "not less than 35 days after filing of the motion." Accordingly, the motion hearing is moved to **June 26, 2015 at 9:30 a.m**. Defendant's Opposition brief, if any, shall be submitted no later than June 5, 2015. Plaintiff's Reply brief shall be submitted no later than June12, 2015. In addition, the Court requests that Plaintiff provide, no later than **May 29, 2015**, a copy of the underlying Consultancy Services Agreement referenced in the Motion.

**IT IS SO ORDERED.**

Dated: May 22, 2015

JOSEPH C. SPERO
Chief Magistrate Judge