1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| HROTHGAR INVESTMENTS, LIMITED, a British Virgin Islands Company, | Case No. 3:15-cv-01116-JCS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CHADWICK HOUSER aka CHAD HOUSER, a married individual, | |
| Defendant. | |

17  The Court having received Counsel for Plaintiff Hrothgar Investments, Limited's
18 Request to appear telephonically, and good cause appearing;
19  IT IS ORDERED allowing counsel to appear telephonically at the hearing on
20 Plaintiff's Motion for Default Judgment (Dkt. 13).
21  DATED : June 12, 2015

IT IS SO ORDERED
Judge Joseph C. Spero

17930-17930-00001\RLC\AMC\1692895.1