UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HROTHGAR INVESTMENTS, LIMITED,<br>　　　　　Plaintiff,<br>　　v.<br>CHADWICK HOUSER,<br>　　　　　Defendant. | Case No. 15-cv-01116-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>Re: Dkt. No. 23 |

The Court has reviewed Chief Magistrate Judge Joseph Spero's report and recommendation, recommending that plaintiff Hrothgar Investments, Limited's motion for default judgment be granted. Dkt. No. 23. Magistrate Judge Spero's report and recommendation was filed on August 18, 2015. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees that for the reasons stated in the report and recommendation, the motion should be granted for Hrothgar's conversion claim; Hrothgar's claims for breach of contract, fraud and money had and received should be dismissed with prejudice; and judgment should be entered in Hrothgar's favor in these amounts: (1) $230,000 in principal, (2) $43,712.60 in prejudgment interest, and (3) $651.50 in costs.

Consequently, the Court adopts the report and recommendation of Magistrate Judge Spero in full, and directs the clerk to enter judgment in Hrothgar's favor.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
JAMES DONATO
United States District Judge